## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF IOWA
## CENTRAL DIVISION

| | | |
|---|---|---|
| PHILIP NEW, | : | No.  4:10-cv-00560-HDV-CFB |
| Plaintiff, | : | |
| vs. | : | **STIPULATION OF DISMISSAL** |
| GEMINI CAPITAL GROUP and | : | |
| NEIMEN, STONE & MCCORMICK, P.C., | | |
| Defendants. | : | |

Plaintiff Philip New, by his attorney Ray Johnson, and Defendants Gemini

Capital Group and Neimen, Stone & McCormick, P.C. by their attorney Kevin Driscoll,

hereby move the Court to dismiss the above-entitled cause of action WITH PREJUDICE

as both parties have stipulated to such per their agreement.

Philip New, Plaintiff

Ray Johnson
AT0004019
Johnson Law Firm
950 Office Park Road, Suite 221
West Des Moines, IA 50265
Phone: (515) 224-7090
Fax:  (515) 222-2656
Johnsonlaw29@aol.com

Gemini Capital Group, and
Neimen, Stone & McCormick, P.C.

Kevin Driscoll
AT0002245
Finley Law Firm
699 Walnut Street, Suite 1900
Des Moines, IA  50309
Telephone: (515) 224-7090
Fax: (515) 222-2656
kdriscoll@finleylaw.com